IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ROBERT ALEXANDER,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF OREGON; and ANDREW GLASS, THOMAS BRISTOL, and SHARON E. SMITH,<br><br>    Defendants. | Case No. 6:22-cv-00205-CL<br><br>ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AS TO DEFENDANTS ANDREW GLASS, MD; THOMAS BRISTOL, MD; AND SHARON SMITH, MD |

Based upon the stipulation of the parties, all claims against defendants Andrew Glass, MD; Thomas Bristol, MD; and Sharon Smith, MD, are hereby dismissed with prejudice and without costs to any party.

IT IS SO ORDERED and DATED this 11th day of May, 2023.

/s/ Mark D. Clarke
HONORABLE MARK D. CLARKE
United States Magistrate Judge